CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Joshua Castro**<br>DOB: 1995; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-01986MJ |
| Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 3 ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1 (Felony)** On or about April 10, 2025, in the District of Arizona, **Joshua Castro**, knowing or in reckless disregard that certain aliens, including Diego Ramirez-Cruz and Ignacio Salvador Velazquez-Gomez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**
**COUNT 2 (Misdemeanor)** On or about April 10, 2025, in the District of Arizona, **Joshua Castro**, knowing that certain illegal aliens, including Diego Ramirez-Cruz and Ignacio Salvador Velazquez-Gomez, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist them so that they would not be apprehended by law enforcement by transporting them in a vehicle; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18 United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On April 10, 2025, in the District of Arizona (Nogales), at approximately 5:45 p.m., Border Patrol Agents (BPAs) observed a black 2013 Chevrolet Impala with a single occupant, bearing Arizona license plate BGD7470, traveling westbound on West International Street and quickly turning northbound onto Hereford Drive. This vehicle was previously identified as a vehicle that may have been used for smuggling in the Nogales Area of Responsibility. The day prior, April 9, 2025, the same vehicle was seen leaving the same area at a high rate of speed and BPAs had observed it enter Interstate 19 (I-19) northbound, exit at Mariposa Road then reenter I-19 northbound. BPAs noted these driving tactics are commonly used by human smugglers to determine if law enforcement is conducting surveillance on their vehicles. At approximately 5:52 p.m. on April 10th, BPAs regained visual of the vehicle traveling back south on Hereford Drive then eastbound on West International Street with two additional passengers in the rear seats. BPAs followed the vehicle as it began traveling northbound on I-19, ran a records check on the vehicle, and initiated a vehicle stop for an immigration inspection of the occupants. The vehicle exited at Ruby Road and immediately yielded on the off ramp. BPAs approached the vehicle and asked the driver, later identified as **Joshua CASTRO,** if he was a United States citizen to which he stated he was. BPAs then asked **CASTRO** who the two passengers in the rear seat were to which **CASTRO** stated the two passengers asked for a ride and he did not know who they were. BPAs conducted an immigration inspection on the two passengers, later identified as Diego Ramirez-Cruz and Ignacio Salvador Velazquez-Gomez, and determined them to be citizens of Mexico, illegally present in the United States. Records checks revealed that Diego Ramirez-Cruz and Ignacio Salvador Velazquez-Gomez do not possess the proper documentation to enter, pass through, or remain in the United States legally.
**Continued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Diego Ramirez-Cruz and Ignacio Salvador Velazquez-Gomez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent |
|---|---|
| Sworn by telephone _X_ ||
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 11, 2025 |

1) See Federal rules of Criminal Procedure Rules 3 and 54
Reviewing AUSA: Chamblee

**Continued from front page.**                                                                 25-01986MJ

Material witness Diego Ramirez-Cruz stated he is a citizen of Mexico, and he was charged 150,000 Mexican Pesos to be smuggled into the United States. He illegally crossed into the United States and walked about 30 meters where he hid until he was instructed to walk to another location next to a red house where a black vehicle would pick him up. Once he saw the black vehicle, he ran and entered the vehicle and sat behind the driver. While inside the vehicle, he heard the driver confirm with someone on the phone that both subjects had entered his vehicle.

Material witness Ignacio Salvador Velazquez-Gomez stated he is a citizen of Mexico, and he was going to pay $12,000 to be smuggled into the United States. He illegally crossed into the United States alone and was guided by cellphone until he arrived near a house and was instructed to wait. While waiting at the house, another subject arrived and a few hours later, a black vehicle arrived to pick them up. He entered the vehicle and sat behind the passenger seat. He described the driver as a young male wearing a black hat and glasses.