TIMOTHY COURCHAINE
United States Attorney
District of Arizona
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Joshua Castro,<br><br>　　　　Defendant. | Mag. No.　25-01986MJ<br><br>AFFIDAVIT FOR DETENTION OF MATERIAL WITNESSES |

  __Jeremy Sykes__ on oath, deposes and states:
(Name of Affiant)

  1. I am a Border Patrol Agent of the United States Border Patrol, Department of Homeland Security, Tucson, Arizona, and make this affidavit as such officer.

  2. A criminal complaint in this matter has been filed charging that the defendant did knowingly transport certain illegal aliens, namely Diego Ramirez-Cruz and Ignacio Salvador Velazquez-Gomez, hereinafter called the "witnesses," in the United States, knowing or in reckless disregard of the fact that the witnesses had come to, entered, or remained in the United States in violation of law.

  3. The said witnesses have testimony to give in said matter of a material nature in that the witnesses illegally entered the United States, and the defendant did transport in the United States in any manner whatsoever, said witnesses, regardless of any official action which may later be taken with respect to such witnesses which is a violation of law.

  4. The above witnesses are citizens and residents of Mexico who entered the United States illegally and who would return to Mexico to reside if released in the proceeding.

5. Because of the above, the presence of the witnesses in further proceedings in the within matter could not be required by subpoena of the court system of the United States and securing such presence by subpoena would become impracticable.

6. I therefore request that the above-named aliens be detained as witnesses for further proceedings in this case and that reasonable bail be set pursuant to 18 U.S.C. §§ 3144 and 3142.

_____
Jeremy Sykes
Border Patrol Agent
U.S. Border Patrol
Tucson, Arizona
Sworn by telephone this April 11, 2025.

_____
United States Magistrate Judge

3